IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **GARETT LUCYK**, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>**MATERION BRUSH INC.** and **MATERION CORPORATION**,<br><br>Defendants. | Case No.: 3:20-cv-02340-JJH<br><br>HONORABLE JEFFREY J. HELMICK<br><br>**JOINT STATUS REPORT** |

**JOINT STATUS REPORT**

Pursuant to the Court's June 22, 2021 Order, the parties submit the following joint status report.

The parties continue to work in good faith to come to an agreement regarding matters affecting conditional certification and possible mediated resolution of the case before embarking on conditional certification briefing and the onset of expensive discovery efforts and prolonged litigation. Plaintiff has made additional follow-up inquiries as to which Defendants are working on gathering information and will provide a response. The parties then intend to schedule a meet-and-confer conference to discuss their information exchange to date and explore any other efforts that could be productive to help the parties reach the aforementioned agreement. Accordingly, the parties respectfully request that the Court continue to defer the case management conference and order the parties to submit a Joint Status Report updating the Court regarding their negotiations by August 20, 2021.

1

14864553

Dated: July 21, 2021

Respectfully Submitted,

/s/ Rod M. Johnston (with consent)
Matthew L. Turner
Kevin J. Stoops (admitted pro hac vice)
Rod M. Johnston (admitted pro hac vice)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
T: 248-355-0300
E: mturner@sommerspc.com
   kstoops@sommerspc.com
   rjohnston@sommerspc.com

ATTORNEYS FOR PLAINTIFF

/s/ Corey Clay
W. Eric Baisden (0055763)
Yelena Boxer (0071379)
Corey Clay (0086840)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
T: 216.363.4500
F: 216.363.4588
E: ebaisden@beneschlaw.com
   yboxer@beneschlaw.com
   cclay@beneschlaw.com

ATTORNEYS FOR DEFENDANTS

14864553

## **CERTIFICATE OF SERVICE**

I certify that on July 21, 2021, a true and correct copy of the forgoing was filed via the Court's CM/ECF filing system, which served a true and correct copy on the party/parties listed below.

Matthew L. Turner
Kevin J. Stoops
Rod M. Johnston
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
T: (248) 355-0300
E: mturner@sommerspc.com
   kstoops@sommerspc.com
   rjohnston@sommerspc.com

*Attorneys for Plaintiff*

 

*s/ Corey Clay*
Corey Clay (0086840*)*

*One of the Attorneys for Defendants*
*Materion Brush Inc. and Materion Corporation*

14864553