IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **GARETT LUCYK**, individually and on behalf of all other similarly situated individuals,<br><br>           Plaintiff,<br><br>v.<br><br>**MATERION BRUSH INC.** and **MATERION CORPORATION**,<br><br>           Defendants. | Case No.: 3:20-cv-02340-JJH<br><br>District Judge Jeffrey J. Helmick |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF SETTLEMENT**

Pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b), Plaintiff Garett Lucyk ("Plaintiff") motions the Court for Final Approval of the Parties' Class/Collective Action Settlement. Support for this Motion is set forth in the attached Memorandum of Law.

Dated: June 23, 2023         Respectfully Submitted,

                              /s/ Kevin J. Stoops
                              Kevin J. Stoops (admitted *pro hac vice*)
                              Jesse L. Young (admitted *pro hac vice*)
                              SOMMERS SCHWARTZ, P.C.
                              One Towne Square, 17th Floor
                              Southfield, Michigan 48076
                              Telephone: 248-355-0300
                              kstoops@sommerspc.com
                              jyoung@sommerspc.com

                              *Counsel for Plaintiff and the Class Members*