UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Garett Lucyk,
*individually and on
behalf of other similarly situated,*　　　　　　　　Case No. 3:20-cv-2340

　　　　　　Plaintiffs,

　　v.　　　　　　　　　　　　　　　　　　　JUDGMENT ENTRY

Materion Brush, Inc., *et al.*,

　　　　　　Defendants.

　　For the reasons stated in the Memorandum Opinion and Order filed concurrently, I grant the unopposed motions for approval of attorneys' fees, litigation expenses, and class representative awards, (Doc. No. 42) and final settlement. (Doc. No. 43).

　　　　　　　　　　　　　　　　　　　　　s/ Jeffrey J. Helmick
　　　　　　　　　　　　　　　　　　　　　United States District Judge